**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JAIMINKUMAR PATEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-292 (MTT)** |
| | ) | |
| **UNITED STATES CITIZENSHIP AND** | ) | |
| **IMMIGRATION SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Plaintiff, Jaiminkumar Patel, filed a complaint seeking an order compelling the United States Citizenship and Immigration Services ("USCIS") to issue a bona fide determination on his I-918 Petition for U Nonimmigrant Status ("U-visa") and derivative petitions filed for two family members. ECF 1 at 1, ¶¶ 9–20. Plaintiff and his two family members also filed Form I-765 applications seeking work authorization. *Id.* ¶¶ 13, 16. USCIS moves to dismiss the case as moot. ECF 10. "A case is moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." *Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335–36 (11th Cir. 2001) (citation modified). "If events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give the plaintiff or appellant meaningful relief, then the case is moot and must be dismissed." *Id.* at 1336.

Plaintiff has not responded to Defendant's motion to dismiss, and Defendant's supporting exhibits show USCIS has issued favorable bona fide determinations and work authorization to Plaintiff and his two family members. *See* ECF 10-1; 10-2.

-2-

Because the issues presented are no longer live and the Court cannot afford Plaintiff any meaningful relief, the Court **GRANTS** Defendant's motion (ECF 10). This case is **DISMISSED** as moot.

      **SO ORDERED**, this 13th day of February, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
