IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAIMINKUMAR PATEL,                          *

          Plaintiff,                    *

v.                                          Case No.  5:25-cv-00292-MTT

                                  *

US CITIZENSHIP AND IMMIGRATIONS
SERVICES,                                   *

          Defendant.                    *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated February 13, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

This 13th day of February, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk